# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-3392
_____

DONNY REGO,

    Appellant,

    v.

STATE OF FLORIDA, Department
of Revenue Child Support
Program and DIANA BRACERO,

    Appellees.

_____

On appeal from the Department of Revenue, Child Support
Program.
Ann Coffin, Director.

June 26, 2026

PER CURIAM.

    REVERSED and REMANDED to the State of Florida, Department
of Revenue for further proceedings.

LEWIS, RAY, and NEFF, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Donny Rego, pro se, Appellant.

James Uthmeier, Attorney General, and Sarah C. Prieto, Assistant Attorney General, Tallahassee, for Appellees.